IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| THRIVEN DESIGN, INC. f/k/a KITCHEN & ASSOCIATES SERVICES, INC.<br><br>  Plaintiff,<br>v.<br><br>ASPEN TOPCO II ACQUISITIONS, LLC,<br><br>  Defendant. | FILE NO. 3:24-cv-00040-TES |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL POST-JUDGMENT DISCOVERY AND MOTION FOR ATTORNEYS' FEES

THIS CAUSE is before the Court upon Plaintiff Thriven Design, Inc.'s Motion to Compel Post-Judgment Discovery from Defendant Aspen Topco II Acquisitions, LLC and Motion for Attorneys' Fees. The Court, having reviewed the Motion and the record, hereby ORDERS AND ADJUDGES that Plaintiff's Motion is GRANTED. Defendant is hereby ORDERED to provide complete responses and document production in response to Plaintiff's Post-Judgment Discovery and pay attorneys' fees incurred by Plaintiff in the bringing of this Motion in the amount of $936.00 within ten (10) days of this Order.

*[signature on the following page]*

1

This __23__ day of ____September____, 2025.

                                                                 s/Tilman E. Self, III
                                                        HON. TILMAN E. (TRIPP) SELF, III
                                                        United State District Court
                                                        Middle District of Georgia

PREPARED and PRESENTED BY:

**Lewis Brisbois Bisgaard & Smith, LLP**

| | |
|---|---|
| 600 Peachtree Street NE, Suite 4700 | */s/ S. Christopher Collier* |
| Atlanta, Georgia 30308 | S. Christopher Collier |
| Telephone (404) 567-6584 | Georgia Bar No.178307 |
| Fax (404) 467-8845 | Chang Zhou |
| Chris.Collier@lewisbrisbois.com | Georgia Bar No. 227487 |
| Chang.Zhou@lewisbrisbois.com | *Counsel for Plaintiff Thriven Design, Inc.* |